**HUMPHRIES v. N.C. DEPT. OF CORRECTION**

[346 N.C. 269 (1997)]

DORIS HUMPHRIES, Administrator of the Estate of STACEY HUMPHRIES, Deceased; and TYRONE HUMPHRIES v. NORTH CAROLINA DEPARTMENT OF CORRECTION

No. 549PA96

(Filed 6 June 1997)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 124 N.C. App. 545, 479 S.E.2d 27 (1996), reversing a decision and order entered by the North Carolina Industrial Commission on 28 November 1995. Heard in the Supreme Court 14 May 1997.

*Judith G. Behar and Anne A. Isaac for plaintiff-appellants.*

*Michael F. Easley, Attorney General, by David Roy Blackwell, Special Deputy Attorney General, and Don Wright, Assistant Attorney General, for defendant-appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.